**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6512**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

ANTONIO MCNEELY,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge. (1:11-cr-00114-CCB-21)

_____

Submitted: August 24, 2017             Decided: August 29, 2017

_____

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Antonio McNeely, Appellant Pro Se. Benjamin M. Block, OFFICE OF THE UNITED STATES ATTORNEY, Debra Lynn Dwyer, Assistant United States Attorney, Michael Clayton Hanlon, Assistant United States Attorney, Christopher M. Mason, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio McNeely appeals the district court's order granting reconsideration of the court's prior order denying McNeely's 18 U.S.C. § 3582(c)(2) (2012) motion and reducing McNeely's sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines Manual.[*]  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *See United States v. McNeely*, No. 1:11-cr-00114-CCB-21 (D. Md. Mar. 23, 2017).  We deny McNeely's motion for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court ultimately granted McNeely's § 3582(c)(2) motion, the reduction granted by the court did not reduce McNeely's sentence to the full extent he requested.